IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION NO. 4:23-cv-00080-FL

| | |
|---|---|
| ALTITUDE ACADEMY OF BARBERING, LLC and, RODNEY BULLOCK, and ANGELA BULLOCK, <br><br> Plaintiffs, <br><br> v. <br><br> PITT COMMUNITY COLLEGE, and LAWRENCE ROUSE, individually and officially, ESTATE OF THOMAS GOULD, individually, RICK OWENS, individually, WENDY DUNBAR, individually, GAIL NICHOLAS, individually, DEANA LABRIOLA, individually, NC BOARD OF BARBER EXAMINERS, and DENNIS SEAVERS, individually and in his official capacity, WILLIAM BAIN JONES, individually, WAYNE MIXON, individually, <br><br> Defendants. | **ORDER** |

THIS MATTER comes before by the undersigned upon Defendant Deana Labriola's Motion for an Order staying and enlarging the time within which to serve a response to Plaintiffs' Amended Complaint [DE 33].

The initial time period allotted to Defendant Labriola to respond to Plaintiffs' Amended Complaint has not expired, and good cause exists for the requested stay and enlargement of time within which to file a response.

IT IS THEREFORE ORDERED as follows:

1. The time for Defendant Labriola to answer or otherwise respond to the original Amended Complaint is stayed until the Court enters an order on Plaintiffs' Motion to Amend and the Motion to Dismiss counts of their own original Amended Complaint.

2. If the Court grants the Motion to Amend, Defendant Labriola shall answer or otherwise respond to the resulting Second Amended Complaint within 14 days of service as provided by Rule 15(a)(3).

3. If the Court denies the Motion to Amend, Defendant Labriola shall answer or otherwise respond to the first Amended Complaint [DE 33] within 10 days of entry of the order denying said motion.

This the 13th day of September, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge