IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civil Action No. 4:23-cv-00080-FL

| | |
|---|---|
| ALTITUDE ACADEMY OF BARBERING LLC and, RODNEY BULLOCK, and ANGELA BULLOCK<br><br>Plaintiffs,<br><br>v.<br><br>PITT COMMUNITY COLLEGE, and LAWRENCE ROUSE, *individually and officially,*<br>ESTATE OF THOMAS COULD, *individually,*<br>RICK OWENS, *individually,*<br>WENDY DUNBAR, *individually,*<br>GAIL NICHOLS, *individually,*<br>DEANNA LABRIOLA, *individually,*<br><br>NC BOARD OF BARBER EXAMINERS, and DENNIS SEAVERS, *individually and in his official capacity,*<br>WILLIAM BAIN JONES, *individually,*<br>WAYNE MIXON, *individually,*<br><br>Defendants. | **PROPOSED ORDER** |

**THIS MATTER** comes before the undersigned on the motion of Defendants, WILLIAM BAIN JONES and WAYNE MIXON, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 6.1(a) to stay and enlarge the time to respond to Plaintiffs' Amended Complaint. It appears to the Court that the time allowed to serve a response has not expired, that Plaintiffs' counsel has no objection to this motion, and that good cause exists for the requested stay and enlargement of time within which to file a response, the motion should be allowed.

**IT IS THEREFORE ORDERED** as follows:

1. The time for Defendants Mixon and Jones to serve a response to the Plaintiffs' Amended Complaint is hereby extended until after the Court rules on Plaintiffs' motion to amend.

2. If the Court grants the Motion to Amend, Defendants Mixon and Jones shall file a response to the Second Amended Complaint within 14 days of entry of the Court's Order.

3. If the Court denies the Motion to Amend, Defendants Mixon and Jones shall file a response to the original Amended Complaint within 10 days of entry of the Court's Order.

This the 20th day of September, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge