UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| Altitude Academy of Barbering LLC, and Rodney Bullock<br>Plaintiffs,<br><br>v.<br><br>Pitt Community College, Wendy Dunbar, Gail Nicholas, Individually, NC Board of Barber and Electrolysis Examiners, Dennis Seavers, individually and in his official capacity, William Bain Jones, individually, Wayne Mixon, Individually and Estate of Thomas Gould, Individually<br>Defendants. | **JUDGMENT**<br>No. 4:23-CV-80-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 19, 2024, and for the reasons set forth more specifically therein, it is ordered that defendants' motions to dismiss are GRANTED.

**This judgment Filed and Entered on February 16, 2024, and Copies To:**
Kelly Renee Brown (via CM/ECF Notice of Electronic Filing)
Ryan Bostic / Samuel McKinley Gray, III and Stephanie Romano (via CM/ECF Notice of Electronic Filing)

April 19, 2024                    PETER A. MOORE, JR., CLERK

                                                        /s/Sandra K. Collins
                                                        (By)Sandra K. Collins, Deputy Clerk